High Court of Errors and Appeals. June 13, 1828.

*Ridgely's Notebook V, 453.*

### [THE COURTS.]

High Court of Errors and Appeals.

*Ridgely's Notebook V, 540.*

#### Monday, June 8, 1829.

The Court met Monday, June 8. Present: RIDGELY, CHANCELLOR; JOHNS, Chief Justice; DAVIS, ROWLAND and DINGLE, Justices of the Supreme Court; CLAYTON, Chief Justice; and COOPER, STOUT, and NANDAIN, Justices of the Court of Common Pleas.

The Court heard the appeal from Chancery of *Rodney et al. v. Mary Robinson et al.*

#### Tuesday, June 9.

Present the Judges of this Court as yesterday. CLAYTON, Chief Justice of the Court of Common Pleas, delivered the opinion of the Court on the appeal of *Du Pont and Du Pont v. Bauduy,* affirming the appeal.

The Court also heard the case of *The Farmers' Bank of Delaware v. John Merritt's Executors.*

The case of *Broom et al. v. Thomas Roberts.*

#### Wednesday, June 10.

Same Judges as yesterday. *McFachan's Administrator v. Barry* was heard.

### Thursday, June 11.

Same Judges as yesterday. *Josiah F. Clement et al. v. The Chesapeake and Delaware Canal Company* was commenced, but continued on a suggestion of some fault or diminution of the record. And in the afternoon *James Riddle v. Thomas Bradun and Washington Rice* was commenced, but the argument not concluded. Adjourned to Friday, the 12th.